UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re:

Martin T Muth Sr and
Pamela J Muth,

Debtors.

Case No. 18-19266
Chapter 13
Plan filed on September 6, 2018
Confirmation Hearing: September 13, 2018
Honorable Donald R. Cassling

**OBJECTION TO CONFIRMATION OF PLAN**

NOW COMES Bank of America, N.A. (hereinafter referred to as "Creditor"), a secured creditor herein by its attorneys, Heavner, Beyers & Mihlar, LLC, and moves this Honorable Court for an Order denying confirmation of Debtors' modified plan filed September 6, 2018, and in support thereof states as follows:

1. This Court has jurisdiction pursuant to 28 U.S.C. Section 1334 and Local Rule 40.3.1 of the United States District Court for the Northern District of Illinois.

2. Debtors filed a petition under Chapter 13 of Title 11, United States Bankruptcy Code on July 10, 2018. The Debtors' Chapter 13 Plan has not yet been confirmed.

3. That enforcement of this security interest has been stayed automatically by operation of 11 U.S.C. Section 362 of the Bankruptcy Code.

4. Said Creditor is a mortgage holder or servicer on the property commonly known as 2201 Thornton Lansing Rd, Lansing, Illinois 60438.

5. That Creditor filed a Proof of Claim in the instant case totaling $28,077.29 and listing a pre-petition arrearage of $12,529.96.

6. That the Debtors have used the District's model plan for their Chapter 13 modified plan and said model contains language negatively impacting the Creditor.

7. The Debtor's Chapter 13 plan does not properly state the full balance owed to Creditor, including but not limited to legal fees and costs incurred by Creditor.

8. The loan will mature on October 1, 2020, which is prior to the end of the initial plan term. If the Debtor wishes to retain this property, the Debtor should provide for repayment in full over the life of the plan.

9. The proposed plan provides for an interest rate of 0%. Creditor is entitled to an interest rate equal to the current prime rate plus 1-3% points. The current prime rate is 5.00%. Creditor is entitled to an interest rate of 8.00%.

10. In addition to providing for payment in full over the life of the plan, the plan should provide for taxes and insurance.

11. Creditor requests that the following language be included in the Nonstandard Provisions section of the plan:

    a. The Debtor shall be responsible for all post-petition taxes and insurance on the subject property. The Creditor will cancel the escrow account for this loan.

    b. The Debtor shall remit payment for all ongoing taxes and insurance directly to the county and insurance provider, respectively.

    c. The Debtor shall pay the yearly property taxes on or before the due date on the original property tax bill commencing with the first installment of the 2018 property taxes that come due for the real property located at 2201 Thornton Lansing Rd., Lansing, IL 60438-2114.

    d. The Debtor's failure to pay any future taxes by the date the property taxes are due for any future tax year and/or the Debtor's failure to maintain adequate insurance on the subject property shall constitute a default.

    e. In the event the Debtor fails to comply with any provision in the above paragraphs, the automatic stay shall modify as to the Creditor without further Court Order if, upon notice of said noncompliance to the Debtor, and his attorney, the Debtor does not fully cure the noncompliance within twenty-eight (28) days from the date the notice is sent.

  f.  In the event that the property is destroyed or damaged, pursuant to the mortgage, the Creditor is entitled to its full rights as a loss payee with respect to the insurance proceeds and has a security interest in such proceeds up to the entire balance due on the mortgage.

  g.  The Creditor shall retain its lien for the full amount due under the subject loan should the subject property be sold or should a refinance take place prior to the plan completion and entry of discharge.

  h.  If the Debtor converts this case to any other chapter, or the case is dismissed, the loan will reinstate back to its original terms and be payable according to the terms of the mortgage and note.

20. Sufficient grounds exist for denial of confirmation of Debtors' modified plan:

WHEREFORE, this Creditor, Bank of America, N.A., and/or its assigns, requests the Court enter an Order denying confirmation of the Debtors' Chapter 13 modified plan.

Dated this 11th day of September, 2018.

              Bank of America, N.A.,

              By:   */s/ Zhiqi Wu*
                  Zhiqi Wu
                  One of its attorneys

FAIQ MIHLAR (#6274089)
HEATHER M. GIANNINO (#6299848)
AMANDA J. WIESE (#6320552)
ZHIQI WU (#6324870)
CHERYL CONSIDINE (#6242779)
HEAVNER, BEYERS & MIHLAR, LLC
Attorneys at Law
P.O. Box 740
Decatur, IL 62525
Email: bkdept@hsbattys.com
Telephone: (217) 422-1719
Facsimile: (217) 422-1754