UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re:<br><br>Martin T Muth Sr and<br>Pamela J Muth,<br><br>Debtors. | Case No. 18-19266<br><br>Chapter 13<br><br>Honorable Donald R. Cassling |

### AGREED ORDER RESOLVING OBJECTION TO CONFIRMATION

The parties, the Debtors and Bank of America, N.A. (hereinafter "Creditor"), announce to the Court that they have reached an agreement concerning the Creditor's pending Objection to Confirmation of Debtors' Plan, the terms and conditions of which are as follows:

The Debtors' Amended Plan dated September 06, 2018, is confirmed with the following modifications:

The Nonstandard Plan Provisions, Section 8.1, is hereby modified to state the following:

The Debtors will pay any remaining balance due to Bank of America, N.A. under the mortgage and note by October 01, 2020 on the Property commonly known as 2201 Thorton Lansing Rd., Lansing, IL 60438.

The loan shall remain escrowed and the Debtors shall remit payment for all ongoing taxes and insurance to the Creditor according to the current annual escrow statement.

The Creditor will file the necessary payment change notice(s) with the Court at least 21 days prior to any change in escrow.

Counsel for the moving party shall serve a copy of this Order by mail to all interested parties who were not served electronically.

Bank of America, N.A.

/s/ Amanda J. Wiese
Amanda J. Wiese
one of its attorneys

Martin T Muth Sr and Pamela J Muth

David H. Cutler, their attorney

SO ORDERED   08 NOV 2018
ENTERED:

Hon. Donald R. Cassling
UNITED STATES BANKRUPTCY JUDGE